UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD GLOVE PRODUCTIONS, LLC, a California Limited Liability Company and RYAN A. BROOKS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DON HANDFIELD, an individual, TRESSA DIFIGLIA HANDFIELD, an individual, RANDY BROWN, an individual, MICHELE WEISLER, an individual, CHARLES FERRARO, an individual, JAY COHEN, an individual, ROBERT LORENZ, an individual, UNITED TALENT AGENCY, INC., a California Corporation, THE GERSH AGENCY, INC., a California Corporation, WARNER BROS. PICTURES INC., a Delaware Corporation, MALPASO PRODUCTIONS, LTD., a California Corporation, WARNER BROS. DISTRIBUTING INC., a Delaware Corporation, WARNER BROS. HOME ENTERTAINMENT INC., a Delaware Corporation, WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, INC., a Delaware Corporation, TW UK HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | Case No.: CV13–07247–DSF (Rzx)<br><br>Hon. Dale S. Fischer<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

|   |   |
|---|---|
| Defendants. | ) ) ) ) |

Pursuant to the Stipulation of the parties and good cause being shown thereby, IT IS HEREBY ORDERED that Defendants Warner Bros. Studio Enterprises Inc., Malpaso Productions, Ltd., Warner Bros. Distributing Inc., Warner Bros. Home Entertainment Inc., Warner Communications Inc., TW UK Holdings Inc., Robert Lorenz, Michele Weisler, Randy Brown, United Talent Agency, Inc., Charles Ferraro, Don Handfield, Tressa DiFiglia Handfield, The Gersh Agency, Inc. and Jay Cohen will have through and including November 22, 2013 within which to file and serve their response(s) to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: 11/5/13

_____
The Honorable Dale S. Fischer
United States District Judge

1