## **ORDER**

The Court, having reviewed and considered the Stipulation Re: Protective Order, and finding good cause for the entry thereof,

HEREBY ORDERS that the Proposed Protective Order is approved and shall and does hereby become the Order of this Court.

DATED: _____

_____
HON. DALE S. FISCHER