LAW OFFICES OF GERARD FOX, INC.
GERARD P. FOX (SBN 151649)
gfox@gpfoxlaw.com
JEFFREY Z. LIU (SBN 276849)
jliu@gpfoxlaw.com
1880 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447

Attorneys for Plaintiffs

GOLD GLOVE PRODUCTIONS, LLC
and RYAN A. BROOKS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD GLOVE PRODUCTIONS, LLC, a California Limited Liability Company and RYAN A. BROOKS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DON HANDFIELD, an individual, TRESSA DIFIGLIA HANDFIELD, an individual, RANDY BROWN, an individual, MICHELE WEISLER, an individual, CHARLES FERRARO, an individual, JAY COHEN, an individual, ROBERT LORENZ, an individual, UNITED TALENT AGENCY, INC., a California Corporation, THE GERSH AGENCY, INC., a California Corporation, WARNER BROS. PICTURES INC., a Delaware Corporation, MALPASO PRODUCTIONS, LTD., a California Corporation, WARNER BROS. DISTRIBUTING INC., a Delaware Corporation, WARNER BROS. HOME ENTERTAINMENT INC., a Delaware Corporation, WARNER | Case No.: CV13-07247-DSF (RZx)<br><br>**DECLARATION OF GERARD FOX IN SUPPORT OF PLAINTIFFS' RULE 56(D) MOTION FOR CONTINUANCE IN FURTHER OPPOSITION TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPORTING DECLARATIONS.** |

| | |
|---|---|
| BROS. DOMESTIC TELEVISION DISTRIBUTION, INC., a Delaware Corporation, TW UK HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF GERARD FOX

I, GERARD FOX, declare and state:

1. I am an attorney at law, licensed to practice before all courts in the State of California. I am partner at the Law Offices of Gerard Fox, Inc. and counsel of record for Plaintiffs Gold Glove Productions and Ryan A. Brooks in this case. I make this declaration in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' 56(d) motion for a continuance and Plaintiff's Reply to Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment. I have personal knowledge of each and every fact stated in this declaration.

2. I would like to take the depositions of all declarants that have provided sworn declarations for the Defendants. Additionally, based on the findings of the forensic experts Trevor Reschke, *See* DN 130 (specifically that the floppy disks produced by the Defendants contain inconsistent system information, manipulated date time stamps, signs of file wiping, and indications of abnormal activity), and Larry Stewart, *See* DN 172 (specifically that elevated levels of phenoxyethanol were found during his forensic analysis, indicating that the physical evidence produced by the Defendants was manufactured, and subsequently his reporting having the time needed to conduct further forensic analysis cut short by the Defendants), I would like to have further forensic examination completed on the physical evidence that the Defendants have produced. Additionally, Plaintiffs are preparing to serve subpoenas on the manufacturers of the floppy disks and the notebooks produced by the

1  Defendants and will require time to complete this discovery.

2        3.     Attached as Exhibit A to this declaration please find a true and correct copy of an e-mail, dated October 14, 2013 sent by me to all Counsel regarding Plaintiffs' expectation for a Rule 26(f) conference.

      4.     Attached as Exhibit B to this declaration please find a true and correct copy of a letter, dated January 21, 2014 from Matt Kline regarding Defendants' position on a Rule 26(f) conference.

      5.     Attached as Exhibit C to this declaration please find a true and correct copy of an e-mail, dated November 8, 2013, from Matt Kline indicating that the Warner Defendants would be seeking summary judgment.

      6.     Attached as Exhibit D to this declaration please find a true and correct copy of an e-mail, dated November 13, 2013, sent by me requesting access to physical evidence from the Defendants.

      7.     Attached as Exhibit E to this declaration please find a true and correct copy of a letter, dated November 18, 2013, sent by my associate Jeffrey Liu regarding the need for examination of physical evidence produced by the Defendants.

      8.     Attached as Exhibit F to this declaration please find a true and correct copy of an e-mail, dated November 19, 2013, sent by my associate Jeffrey Liu following up with the need for examination of physical evidence produced by the Defendants.

      9.     Attached as Exhibit G to this declaration please find a true and correct copy of an e-mail, dated November 25, 2013, sent by my associate Jeffrey Liu scheduling the time for forensic examination of physical evidence produced by the Defendants.

      10.    Attached as Exhibit H to this declaration please find a true and correct copy of a letter, dated December 17, 2013, sent by Matt Kline regarding the rescheduling of Randy Brown's deposition and a new set of physical evidence.

      11.    Attached as Exhibit I to this declaration please find a true and correct

1  copy of an e-mail, dated December 18, 2013, sent by my associate Jeffrey Liu
2  scheduling the time for forensic examination of a second set of physical evidence
3  produced by the Defendants.

4      12.    Attached as Exhibit J to this declaration please find a true and correct
5  copy of an e-mail, dated January 7, 2014, sent by my associate Jeffrey Liu regarding
6  the cut-off of an examination period for the analysis of physical evidence produced
7  by the Defendants.

8      13.    Attached as Exhibit K to this declaration please find a true and correct
9  copy of a letter, dated January 17, 2014, sent by my associate Erika Morris regarding
10 the unilateral noticing of depositions of Plaintiffs' expert witnesses.

11     14.    Attached as Exhibit L to this declaration please find a true and correct
12 copy of an e-mail, dated November 13, 2013, sent by me requesting the depositions
13 of Defendants Randy Brown, Michelle Weisler and Robert Lorenz.

14     15.    Attached as Exhibit M to this declaration please find a true and correct
15 copy of an e-mail, dated November 20, 2013, sent by me again requesting the
16 deposition of Defendant Michelle Weisler.

17     16.    Attached as Exhibit N to this declaration please find a true and correct
18 copy of an e-mail, dated January 5, 2014, sent by me again requesting the deposition
19 of Defendant Michelle Weisler.

20     17.    Attached as Exhibit O to this declaration please find a true and correct
21 copy of a letter, dated January 21, 2014, sent by Matt Kline denying the need for
22 Defendant Michelle Weisler's deposition.

23     18.    Attached as Exhibit P to this declaration please find a true and correct
24 copy of an e-mail, dated January 27, 2014, sent by Matt Kline again denying the need
25 for Defendant Michelle Weisler's deposition.

26     19.    Attached as Exhibit Q to this declaration please find a true and correct
27 copy of an e-mail, dated February 6, 2014, sent by Matt Kline providing deposition
28 dates for Defendant Michelle Weisler and Erich Speckin less than a week prior to the

1  hearing date on February 24, 2014.

2      20.    Attached as Exhibit R to this declaration please find a true and correct copy of excerpts from the transcript of the deposition of Sheril Antonio, which took place on February 7, 2014.

3      21.    Attached as Exhibit S to this declaration please find a true and correct copy of excerpts from the transcript of the deposition of Larry Stewart, which took place on February 3, 2014.

4      22.    Attached as Exhibit T to this declaration please find a true and correct copy of an e-mail, dated October 11, 2013, from me to defendants' counsel indicating that I was notified that defendants' counsel had sent a correspondence to the New York Times regarding this litigation.

5      23.    Attached as Exhibit U to this declaration please find a true and correct copy of an e-mail, dated November 12, 2013, from me to defendants' counsel indicating that Plaintiffs objected to Defendants' submitted declarations.

6      24.    Attached as Exhibit V to this declaration please find a true and correct copy of the undated Cosmic Entertainment *Trouble with the Curve* script.

7      25.    Attached as Exhibit W to this declaration please find a true and correct copy of the public LinkedIn profile for Carrie Gadsby.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of February in Los Angeles, California.

DATED: February 17, 2014

*/s/ Gerard P. Fox*
GERARD FOX