UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 13–07247 DSF (RZx) | Date | 3/10/14 |
|---|---|---|---|
| Title | Gold Glove Productions, LLC, et al. v. Don Handfield, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Motion to Strike as MOOT (Docket No. 215)

On February 24, 2014, the Warner Defendants moved to strike several of Plaintiffs' sur-reply filings and expert reports. That same day, the Court issued an Order granting Defendants' motion for summary judgment on similarity grounds. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 24, 2014 is removed from the Court's calendar. Given the Court's Order granting summary judgment, the motion is DENIED as MOOT.

   IT IS SO ORDERED.