JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD GLOVE PRODUCTIONS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DON HANDFIELD, et al., <br><br> Defendants. | Case No.: CV 13-7247 DSF (RZx) <br><br><br> JUDGMENT |

The Court having ordered that summary judgment be granted in favor of defendants with respect to the federal claims, and having dismissed the remaining claims,

IT IS ORDERED AND ADJUDGED that:

Plaintiffs take nothing;

The First, Second, Third, and Eighth claims are dismissed with prejudice as to all defendants;

The remaining claims are dismissed with prejudice as to Defendants Warner Bros. Studio Enterprises, Inc., The Malpaso Company, Inc., Warner Bros. Distributing, Inc., Warner Bros. Home Entertainment, Inc., Warner

Communications, Inc. (incorrectly named "Warner Bros. Domestic Television Distribution, Inc."), TW UK Holdings, Inc., and Robert Lorenz;

The remaining claims are dismissed without prejudice as to Defendants Don Handfield, Tressa Difiglia Handfield, Charles Ferraro, Jay Cohen, United Talent Agency, Inc., The Gersh Agency, Randy Brown, and Michele Weisler; and

Defendants are to recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____4/16/14_____  _____
Dale S. Fischer
United States District Judge

2