Name and address
Glen L. Kulik, Esq. (SBN: 82170)
gkulik@kgslaw.com
KULIK GOTTESMAN & SIEGEL LLP
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Tel. (310) 557-9200; Fax (310) 557-0224

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD GLOVE PRODUCTIONS, LLC and RYAN A. BROOKS, <br><br> Plaintiff(s) <br> v. <br> DON HANDFIELD, etc., et al. <br><br> Defendant(s). | CASE NUMBER <br> CV13-07247 DSF(Rzx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Ryan A. Brooks, an individual
*Name of Party*

[x] Plaintiff  [ ] Defendant  [ ] Other _____

hereby request the Court approve the substitution of  Glen L. Kulik of Kulik Gottesman & Siegel LLP
*New Attorney*

as attorney of record in the place and stead of  Gerard P. Fox of Law Offices of Gerard Fox, Inc.
*Present Attorney*

Dated  November 26, 2014

*Signature of Party Authorized Representative of Party*
Ryan A. Brooks

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.
Gerard Fox, Inc.

Dated  November 26, 2014               /s/ Gerard P. Fox
                                       *Signature of Present Attorney*
Gerard P. Fox

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  November 26, 2014               /s/ Glen L. Kulik
                                       *Signature of New Attorney*
Glen L. Kulik
82170
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____          _____
                                       *Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

G-01 (03/06)                                                                   CCD-G1